UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERSON CITY COMMONS, LLC,

Plaintiff,

-v-

MORAN FOOD, INC. d/b/a
SAVE-A-LOT, LTD.,

Defendant.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Defendant__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SUPERVALU INC.

Date: 5/27/08

Signature of Attorney

Attorney Bar Code: 8883 (5/92)