UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

JEFFERSON CITY COMMONS, LLC                              08 Civ. 4866

                Plaintiff,                    **NOTICE OF APPEARANCE**

       -against-

MORAN FOODS, INC. d/b/a SAVE-A-LOT, LTD.,

                Defendant.

---------------------------------------------------------------------x

       Please take notice that the undersigned appears herein as counsel for the plaintiff and

demands that all papers served herein be served upon him.

Dated: New York, New York
       May 29, 2008

                             JAROSLAWICZ & JAROS, LLC
                             Attorneys for Plaintiff
                             225 Broadway, 24th Floor
                             New York, New York 10007
                             (212) 227-2780

                             By: _____ s/ David Jaroslawicz _____
                                  *David Jaroslawicz (6931)*

TO:

David B. Picker, Esq.
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
(215) 241-8888

David Mair, Esq.
KAISER SAURBORN & MAIR, P.C.
111 Broadway
New York, New York 10006
(212) 338-9100

Attorneys for Defendant