## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746, that on May 27, 2008, I caused a true copy of the within Notice of Removal to be served on defendant by mailing a true copy of same to their offices via U.S. Mail, in a sealed envelope with postage prepaid thereon, addressed to::

David Jaroslawicz
Jaroslawicz & Jaros, LLC
225 Broadway, 24th Floor
New York, NY 10007

This true copy was sent to the address referenced above by depositing the envelope in an official depository of the United States Postal Service within the State of New York.

Dated: New York, New York
       May 27, 2008

_____
HANNAH OFFICER