UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEFFERSON CITY COMMONS, LLC                     08 Civ. 4866

                Plaintiff,                **JURY DEMAND**

_____-against-

MORAN FOODS, INC. d/b/a SAVE-A-LOT, LTD.,

                Defendant.

------------------------------------------------------------------x

COUNSELORS:

      PLEASE TAKE NOTICE, that plaintiff in the above matter hereby demand a trial by jury. This is being served without prejudice to plaintiff's motion to remand but is simply to protect plaintiff's right to a jury trial.

Dated: New York, New York
       May 29, 2008

                                        JAROSLAWICZ & JAROS, LLC
                                        Attorneys for Plaintiff
                                        225 Broadway, 24th Floor
                                        New York, New York 10007
                                        (212) 227-2780

                                        By:     s/ David Jaroslawicz
                                            *David Jaroslawicz (6931)*

TO:

David B. Picker, Esq.
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
(215) 241-8888

David Mair, Esq.
KAISER SAURBORN & MAIR, P.C.
111 Broadway
New York, New York 10006
(212) 338-9100

Attorneys for Defendant