Kaplan, J

David B. Picker [DP-9658]
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888
*Attorneys for Defendant*

David N. Mair [DM-8883]
Kaiser Saurborn & Mair, P.C.
111 Broadway
New York, NY 10006
212-338-9100
*Attorneys for Defendant*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFERSON CITY COMMONS, LLC,

        Plaintiff,

v.

MORAN FOODS, INC. d/b/a
SAVE-A-LOT, LTD.,

        Defendant.

Docket No. 08 Civ. 4866 (LAK)

### STIPULATION EXTENDING ANSWER DATE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that defendant's time to answer or otherwise move in with respect to the complaint is hereby extended until June 9, 2008.

Dated: New York, New York
      May 28, 2008

                            David B. Picker [DP-9658]
                            SPECTOR GADON & ROSEN, PC
                            1635 Market Street, 7th Floor
                            Philadelphia, PA 19103
                            215-241-8888

KAISER SAURBORN & MAIR, PC

By: _____
David Mair [DM-8883]
111 Broadway
New York, NY 10006
212-338-9100
*Attorneys for Defendant*

Jaroslawicz & Jaros, LLC

By: _____
David Jaroslawicz [DJ- ]
225 Broadway - 24th Floor
New York, NY 10007
212-227-2780
*Attorneys for Plaintiff*

SO ORDERED _____
LEWIS A. KAPLAN, USDJ

6/3/08