David B. Picker [DP-9658]
Suzanne Ilene Schiller [*pro hac vice* admission pending]
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888 / FAX- (215) 241-8844
e-mail: dpicker@lawsgr.com
*Lead Counsel for Defendant*

David N. Mair [DM-8883]
KAISER SAURBORN & MAIR, P.C.
111 Broadway
New York, New York 10006
Tel:  212-338-9100 / FAX- 212-338-9088
e-mail: mair@ksmlaw.com
*Local Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFERSON CITY COMMONS, LLC,<br><br>                Plaintiff,<br>v.<br><br>MORAN FOODS, INC. d/b/a<br>SAVE-A-LOT, LTD.,<br><br>                Defendant. | Docket No. **08 Civ. 4866 (LAK)**<br>ECF Case<br><br><br>**NOTICE OF MOTION**<br>**TO DISMISS** |

      **PLEASE TAKE NOTICE** that, upon the attached Declaration of David B. Picker dated June 6, 2008, and its Exhibit, and the accompanying Memorandum of Law, Defendant Moran Foods, Inc. d/b/a Save-A-Lot, Ltd. ("Sav-A-Lot") will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order, pursuant to F.R.Civ.P. 12(b)(6), dismissing the Complaint for failure to state a claim upon which relief can be granted.

470886-1

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served so as to be received by the undersigned in accordance with the requirements of Local Civil Rule 6.1(b).

Date:  June 6, 2008
       Philadelphia, PA

>Respectfully submitted,
>
>**SPECTOR GADON & ROSEN, PC**
>
>By: *David Picker*
>       David B. Picker [DP-9658]
>       Suzanne Ilene Schiller [*pro hac vice* pending]
>1635 Market Street, 7th Floor
>Philadelphia, PA  19103
>215-241-8888 / FAX- 215-241-8844
>e-mail:  dpicker@lawsgr.com
>*Lead Counsel for Defendant*
>
>David Mair, Esquire [DM-8883]
>**KAISER SAURBORN & MAIR, P.C.**
>111 Broadway
>New York, NY  10006
>212-338-9100 / FAX- 212-338-9088
>e-mail:  mair@ksmlaw.com
>*Local Counsel for Defendant*

470886-1

## CERTIFICATE OF SERVICE

I, David B. Picker, a member of the Bar of this Court, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Dismiss Intervene, supporting Affirmation, and Memorandum of Law in Support of Motion to Dismiss to be served by first class U.S. mail, postage prepaid, this 6th day of **June**, 2008, upon the following:

David Jaroslavicz, Esquire
Jaroslawicz & Jaros, LLC
225 Broadway – 24th Floor
New York, NY 10007

Notice was also provided by electronic filing on the Court's ECF electronic filing system.

Date:  June 6, 2008
       Philadelphia, PA

_____
David B. Picker

475596-1