# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

SCANNED

RECEIVED
JUN 06 2008
JUDGE KAPLAN'S CHAMBERS

David B. Picker, Esquire [DP-9658]
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 / FAX- (215) 241-8844
*Lead Counsel For Defendant*

David N. Mair [DM-8883]
KAISER SAURBORN & MAIR, P.C.
111 Broadway
New York, New York 10006
Tel: 212-338-9100 / FAX- 212-338-9088
*Local Counsel For Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JEFFERSON CITY COMMONS, LLC

   Plaintiff,

v.

MORAN FOODS, INC. d/b/a
SAVE-A-LOT, LTD.,

   Defendant.

Docket No. 08 Civ. 4866 (LAK)

**MOTION FOR**
**PRO HAC VICE ADMISSION**

---

**PLEASE TAKE NOTICE** that, upon the Declaration of David B. Picker, dated June 3, 2008, the Declaration of Suzanne Ilene Schiller, dated June 3, 2008 and the Exhibits attached thereto, the undersigned hereby moves this Court, pursuant to Local Civil Rule 1.3(c), for an Order admitting Suzanne Ilene Schiller *pro hac vic,* for purposes of representing Defendant Moran Foods, Inc. d/b/a Save-A-Lot, Ltd. ("Save-A-Lot") for all purposes in this action.

| | |
|---|---|
| Applicant's Name: | Suzanne Ilene Schiller |
| Firm Name: | Spector Gadon & Rosen, P.C. |
| Address: | 1635 Market Street, 7th Floor, Philadelphia, PA 19103 |
| Phone No.: | 215-241-8888 |

*SO ORDERED*
*LEWIS A. KAPLAN, USDJ 6/9/08*

468056-1