UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFERSON CITY COMMONS, LLC,	Case No.: 08 CV 4866 (LAK)

        Plaintiff,

   -against-	**NOTICE OF APPEARANCE**

MORAN FOODS, INC. d/b/a SAVE-A-LOT, Ltd.,

        Defendants.
-------------------------------------------------------------------X

     Please take notice that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon him.

        Law office of Robert J. Tolchin, Esq.
        *Attorney for the plaintiff*

    by: _____
        Robert J. Tolchin

        225 Broadway, 24th Floor
        New York, New York 10007
        (212) 227-2181