LAW OFFICE OF

# ROBERT J. TOLCHIN

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

(212) 227-2181

RJT@TolchinLaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2008

June 18, 2008

**MEMO ENDORSED**

**BY HAND**
Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

Re: *Jefferson City Commons, LLC v. Moran Foods, Inc. d/b/a Save-L-Lot, Ltd.*
    Docket № 08 CV 4866 (LAK)

Dear Judge Kaplan,

I have just filed my Notice of Appearance in the above referenced case as attorney for the plaintiff. I am replacing the prior attorneys for the plaintiff, the firm of Jaroslawicz & Jaros, LLC, who are writing to the Court separately to request an order permitting them to withdraw as counsel.

In light of the substitution of counsel, defense counsel David Picker, Esq. has been kind enough to agree to a two week extension of the plaintiff's time to oppose the defendant's pre-answer motion to dismiss. Accordingly, plaintiff respectfully asks that the Court endorse an order approving the following briefing schedule for the motion which has been agreed to by the parties:

Plaintiff's Opposition  -  July 7, 2008

Defendant's Reply  -  July 21, 2008

Respectfully yours,

Robert J. Tolchin