LAW OFFICE OF

# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

(212) 227-2780

David Jaroslawicz
(NY, FL & CA Bars)
  Abraham Jaros

June 18, 2008



**By Hand**

Hon. Louis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York

**MEMO ENDORSED**

RE:   JEFFERSON CITY COMMONS LLC V. MORAN FOODS, INC.
      08 CIV. 4866

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

Dear Judge Kaplan,

This firm has been counsel for the plaintiff in the above referenced matter, but has now been substituted out. Incoming counsel, Robert J. Tolchin, Esq., has already e-filed his Notice of Appearance.

Accordingly, it is respectfully requested pursuant to Local Rule 1.4 that the Court endorse an order permitting this firm to withdraw as counsel and noting Mr. Tolchin's appearance as counsel for the plaintiff herein.

Respectfully yours,

David Jaroslawicz

DJ:rm
cc:   David B. Picker, Esq. *by fax* (215) 241-8844
      Spector Gadon & Rosen, P.C.

      David Mair, Esq. - *by fax* (212) 338-9088
      Kaiser Saurborn & Mair, P.C.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2008